**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

William Crigler, Individually and on Behalf of
All Other Persons Similarly Situated,

Civil Action No.: 2:19-cv-00604-MJH

        Plaintiff,

        v.

Seven Point Energy Services, Inc.,

        Defendant.


**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

      AND NOW, come the parties, and file the following Motion for Preliminary Approval for Settlement for the reasons set forth in the accompanying brief.


Dated: April 23, 2020                Respectfully submitted,

                              */s/ D. Aaron Rihn*
                              D. Aaron Rihn, Esquire
                              PA Bar ID No.: 85752
                              Robert Peirce & Associates, P.C.
                              707 Grant Street
                              Suite 2500
                              Pittsburgh, PA 15219-1918
                              Telephone: 412-281-7229
                              Email: arihn@peircelaw.com

                              Nicholas A. Migliaccio, Esquire
                              Jason S. Rathod, Esquire
                              Erick J. Quezada, Esquire
                              Migliaccio & Rathod LLP
                              412 H Street N.E., Suite 302
                              Washington, DC 20002
                              Telephone: 202-470-3520
                              Email: nmigliaccio@classlawdc.com
                                          jrathod@classlawdc.com
                                          equezada@classlawdc.com

                              *Counsel for Plaintiff*

*/s/ Kimberly J. Kisner*
Kimberly J. Kisner, Esquire
LEECH TISHMAN FISCALDO & LAMPL, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
Tel: 412-261-1600
Fax: 412-227-5551
Email: kkisner@leechtishman.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 23rd day of April 2020 and is available for download by all counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com